UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| OUSSAMA TALAL OTHMAN, | Case No. 15-cv-13924 |
| Petitioner, | UNITED STATES DISTRICT COURT JUDGE GERSHWIN A. DRAIN |
| v. | |
| JEFFREY WOODS, | UNITED STATES MAGISTRATE JUDGE PATRICIA T. MORRIS |
| Respondent. | |
| _____/ | |

**ORDER GRANTING PETITIONER'S MOTION TO EXTEND STAY [8]**

On April 13, 2018, Petitioner Oussama Talal Othman moved to extend the deadline for exhausting his state court remedies regarding additional habeas claims. Dkt. No. 8. Specifically, Othman seeks an additional ninety (90) days to file a motion for relief from judgment with the state trial court; and this motion would raise a potentially new claim involving non-disclosure of a plea offer. *See id.* The Respondent does not object. Dkt. No. 8-1.

Having reviewed the matter, the Court finds Othman has shown good cause for an extension and has not acted in bad faith. Accordingly, the Court GRANTS Petitioner's motion [8].

Othman has ninety (90) days from the filing date of this Order to file a state court motion for relief from judgment. The other conditions of the Court's stay order remain in effect.

**IT IS SO ORDERED.**

Dated: April 19, 2018 /s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
April 19, 2018, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk